IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00253-MR-WCM

| | |
|---|---|
| AUSTIN MCKINNEY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| TOWN OF WEAVERVILLE, NC, ) | |
| SELENA COFFEY ) | |
| *in her individual capacity and her capacity* ) | |
| *as Town Manager for the Town of Weaverville* ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) filed by Trisha Pande. The Motion indicates that Ms. Pande, a member in good standing of the Bar of this Court, is local counsel for Austin McKinney and that she seeks the admission of Sarah M. Block, who the Motion represents as being a member in good standing of the Bar of the District of Columbia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 4) and **ADMITS** Sarah M. Block to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 28, 2021

W. Carleton Metcalf
United States Magistrate Judge